**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY  DIVISION**

JOHN WILLIAM LEE HARRISON,      :
                                              :

        Petitioner,                    :

                                              :

v.                                              :        1:07-CV-39 (WLS)

                                              :

JAMES DONALD, Commissioner,       :

                                              :

        Respondent.                 :
_____  :

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge
Richard L. Hodge  (Doc. No. 20),  filed November 11, 2007.  It is recommended that Respondent's
motion to intervene and  motion to dismiss be granted.  (Doc. Nos. 11, 12).  It is also recommended that
Petitioner's motions to file a brief (Doc. No. 9), to amend (Doc. No. 10) and for an evidentiary hearing
(Doc. No. 14) be denied as moot.   Petitioner has filed a timely  objection to the Report and
Recommendation.  (Doc. No. 21).

The Magistrate Judge found that Petitioner's application for relief was untimely and not entitled
to equitable tolling.  The majority of Petitioner's objection consist of arguments on the merits as to why
his application for relief should be granted.  Petitioner did state that he was under the impression that
one-year statute of limitations should run from a date in 2007.  This assertion, however, is mistaken and
not grounds for equitable tolling of the limitations period.  Steed v. Head, 219 F.3d 1298 (11th Cir.
2000) (miscalculation of the time period not sufficient for equitable tolling of the AEDPA).

Upon full consideration of the record, the Court finds that said Recommendation should be and
hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and
reasons set out therein and for the findings and reasons set out herein.  Accordingly, Respondent's
motions to intervene and to dismiss  (Doc. Nos. 11, 12) are **GRANTED.**  Petitioner's non-dispositive
motions (Doc. No. 9, 10, 14) are **DENIED as moot.**

SO ORDERED,  this __7th__ day of March, 2008.

                                    ___/s/W. Louis Sands_____
                                    **W. Louis Sands, Judge**
                                    **United States District Court**